### BLISS & JANES, vs. ALEXANDER FENLATER, *et. al.*

INQUEST under Rule 99, is based on default and an implied want of defence. It may ·be set aside like a default, on a seasonable application, and showing of merits.

*Saginaw Circuit Court, June 15th,* 1869.

Motion to set aside an inquest, taken under Rule 99. Affidavits made June 9th, read, showing merits and an excuse for not filing affidavit of merits before first day of term, which commenced June 7th.

Defendant's attorney, ten days and more before term, sent by defendant's clerk, requesting to see defendant at once. The clerk reported the request to come in ten days, and at that time he came, and was too late to make, seasonably, the affidavit of merits.

*D. W. C. Gage,* for Plaintiff's.

*Foote & Grout,* for Defendant's.

SUTERLAND, J. — *Held,* That the proceeding, by inquest, is founded on default, and implied absence of a defence. When it is afterwards, within a reasonable time, made to appear that the defendant has a meritorious defence, and the omission to file an affidavit thereof is sufficiently excused, an inquest, like a regular default, may be set aside.

The inquest in this case will be set aside, on payment of the costs thereof, including the costs of the motion, and an attorney fee of three dollars.